United States District Court
Southern District of Texas
**ENTERED**
March 22, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff,* | § § | CASE NO. 1:10-cv-186 |
| v. | § § | *(Lead Case)* |
| 17.924 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERON COUNTY, TEXAS; AND UNITED STATES OF AMERICA AS SUCCESSOR IN INTEREST TO CAMERON COUNTY IRRIGATION DISTRICT NO. 2, *ET AL.*, | § § § § § § § § | |
| *Defendants.* | § | |

### ORDER GRANTING THE UNITED STATES OF AMERICA'S MOTION TO SEVER TRACT RGV-HRL-4005

The Court, having considered the United States of America's Motion to Sever Tract RGV-HRL-4005, hereby finds that it is now necessary to do the following:

(a)  Sever into a separate proceeding with a new civil case number a 0.447-acre portion of the consolidated tracts identified as Tract RGV-HRL-4005;

(b)  Sever the estate being taken for Tract RGV-HRL-4005;

(c)  Provide the estimate of just compensation for Tract RGV-HRL-4005 and deposit separate funds in the amount of $7,000; and

(d)  Clarify as defendants all parties interested in Tract RGV-HRL-4005 who were identified in the title examination results received after institution of this proceeding.

Accordingly, the Court hereby **GRANTS** the Motion to Sever Tract RGV-HRL-4005 from 1:10-cv-186 and **ORDERS** that Tract RGV-HRL-4005 identified and described in the

Amended Declaration of Taking attached to this Order as Exhibit 1 be severed into new case number _1:17-CV-70_.

**DONE AND ORDERED** this _22nd_ day of _March_, 2016.

_____
**ANDREW S. HANEN**
United States District Judge