# Schedule AA

## SCHEDULE "AA"
## AUTHORITY FOR THE TAKING:

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and is funded within the unit of limit of cost fixed by law, utilizing authorized by appropriations available for obligation within the FY of actual filing of the taking, for necessary authorized expenses required to execute the Tactical Infrastructure Program of the U.S. Customs and Border Protection mission.

# Schedule B

## SCHEDULE "B"
## PUBLIC PURPOSE:

The public purpose for which said land is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# Schedule CC

## SCHEDULE "CC"

### PF-225 RIO GRANDE VALLEY SECTOR
### DEPARTMENT OF HOMELAND SECURITY
### CUSTOMS AND BORDER PROTECTION

### PROPERTY DESCRIPTION OF TRACT NO. RGV-HRL-4005
### FENCE ACQUISITION

Cameron County, Texas
Tract: RGV-HRL-4005
Owner: Rudy Cavazos
Acres: 0.447

**BEING** a 0.447 of one acre (19,481 square feet) parcel of land, more or less, being out of the Concepcion de Carricitos Grant, the B & E Fernandez Survey, Abstract No. 16, Share No. 14, Cameron County, Texas, and being out of Block 13, James Dickinson Subdivision, recorded in Volume 4, Page 22, Map Records, Cameron County, Texas, and out of a called 49.02 acre tract recorded in Volume 11769, Page 136, Official Records, Cameron County, Texas, which 0.447 of one acre (19,481 square feet) of land more particularly described by metes and bounds as follows:

**BEGINNING** at a point having a coordinate value of N=16541739.10, E=1241137.17, for the south corner of the herein described tract, the south corner of Block 13, the south corner of the called 49.02 acre tract, said point being the east corner of Block 18, James Dickinson Subdivision, the east corner of a called 19.30 acre tract recorded in Volume 12942, Page 101, Official Records, Cameron County, Texas, said point also being in the northwest boundary line of Block 23, James Dickinson Subdivision;

(1) **THENCE** N 62°40'58" W, (N 62°07'00" W, Record) along the southwest boundary line of the called 49.02 acre tract, the southwest boundary line of Block 13, the northeast boundary line of the called 19.30 acre tract, the northeast boundary line of Block 18, a distance of 45.20 feet to a point for corner;

(2) **THENCE** departing the southwest boundary line of the called 49.02 acre tract, the southwest boundary line of Block 13, the northeast boundary line of the called 19.30 acre tract, the northeast boundary line of Block 18, the following courses and distances:

   a. N 22°06'35" E, 151.35 feet to a point for the point of curvature of a curve to the right;

   b. Along the arc of a curve to the right with a radius of 393.82 feet, a central angle of 41°43'51", an arc length of 286.84 feet, and a chord which bears N 42°58'31"

E, 280.54 feet to a point for corner in the east boundary line of the called 49.02 acre tract, the east boundary line of Block 13, the west boundary line of the Gonzales Family Limited Partnership tract designated as "Tract V" by deed recorded in Volume 12332, Page 150, Official records, Cameron County, Texas;

(3) **THENCE** S 00°33'58" E, (South, Record), along the east boundary line of the called 49.02 acre tract, the east boundary line of Block 13, the west boundary line of the Gonzales Family Limited Partnership tract, a distance of 50.49 feet to a ½" rebar with MDS cap set for corner at the north corner of Block 23, James Dickinson Subdivision;

(4) **THENCE** along the southeast boundary line of the called 49.02 acre tract, the southeast boundary line of Block 13, the northwest boundary line of Block 23, James Dickinson Subdivision, the following courses and distances:

   a. S 45°35'02" W, 196.00 feet (S 46°09' W, 196' Record), to a ½" rebar with MDS cap set for angle;

   b. S 21°00'02" W, 191.26 feet (S 21°34' W 191.26', Record) to the **PLACE OF BEGINNING** containing 0.447 of one acre (19,481 square feet) of land, more or less.

Note: The basis of bearing recited herein is based on the Texas State Plane Coordinate System, South Zone, NAD 83. This description was prepared from a survey made on the ground by employees of M.D.S. Land Surveying Company, Inc. The square footage recited herein is based on mathematical calculations and is subject to the rules of rounding and significant numbers. A plat of survey with same date accompanies this description.

# Schedule DD

## SCHEDULE "DD"



**LAND TO BE CONDEMNED**

Tract: RGV-HRL-4005
Owner: Rudy Cavazos
Acres: 0.447 acres

## SCHEDULE "DD" (continued)



**LAND TO BE CONDEMNED**

Tract: RGV-HRL-4005
Owner: Rudy Cavazos
Acres: 0.447 acres

# Schedule EE

## SCHEDULE "EE" FOR TRACT RGV-HRL-4005
## ESTATE TAKEN

### FEE, EXCLUDING MINERALS

Tract: RGV-HRL-4005
Owner: Rudy Cavazos
Acres: 0.447 acres

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines and subject to Easements Appurtenant reserved in Declarations of Taking or granted by the United States of America across lands acquired by the United States for border barrier purposes to provide access to owners of property on the riverside of the border barrier. The estate taken excludes all interests in minerals; in water rights associated with or appurtenant to the land; and in water distribution and drainage systems, provided that any surface rights arising from the excluded interests in water distribution and drainage systems are subordinated to the construction, operation, and maintenance of the IBWC levee and border barrier.

# Schedule GG

## SCHEDULE "GG"

### NAMES AND ADDRESSES OF INTERESTED PARTIES:

Rudy Cavazos and Rita Cavazos, husband and wife

Harlingen, TX 78552
(By virtue of the Special Warranty Deed recorded at Vol. 11769 Pg. 136 in the Official Records of Cameron County, TX)

Jesse Garcia, Jr.
Chief Deputy, Cameron County Tax Assessor-Collector
Cameron County Courthouse Admin Building
964 East Harrison Street
Brownsville, TX 78522